1  Justin Fok, Esq., CA Bar No. 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Volf M. Pokras,
7

**ORIGINAL** FILED

Fee Paid

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                      COMPLAINT

11 **Volf M. Pokras,**                    )
12                                        )  **C07   05814  HRL**
              Plaintiff,                  )
13                                        )
       v.                                 )
14                                        )  **PLAINTIFF'S ORIGINAL COMPLAINT**
15 **Michael Chertoff**, Secretary of the )  **FOR WRIT IN THE NATURE OF**
   Department of Homeland Security,       )  **MANDAMUS & DECLARATORY**
16 **Emilio T. Gonzalez**, Director of United States )  **JUDGMENT UNDER 28 U.S.C. § 1361**
   Citizenship and Immigration Services,  )
17                                        )
18                                        )  **Immigration Case**
                                          )
19              Defendants.               )
20                                        )
                                          )
21                                        )
                                          )
22 _____    )

23     Plaintiff, Volf M. Pokras, by and through his attorney of record, opens this lawsuit

24 against the Defendants and will show this Court the following:

25 1.    Plaintiff, Volf M. Pokras, brings this case to compel action on the delayed processing of

26 his I-485, *Application to Register Permanent Residence or Adjust Status.* This application

27 remains within the jurisdiction of the Defendants who have improperly delayed and withheld

28 action on this application to Plaintiff's detriment.

Case No.                    1
Complaint

**PARTIES**

2.     Plaintiff, Volf M. Pokras, is a resident of San Jose, CA, which is within the jurisdiction of this Court. Plaintiff is the primary applicant of an I-485, *Application to Register Permanent Residence or Adjust Status* ("I-485"), filed with the United States Citizenship and Immigration Services ("USCIS").

3.     Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity. Defendant Chertoff is generally charged with enforcement of the Immigration and Nationality Act ("INA" or "Act"), which provides for the processing of I-485 immigrant petitions.

4.     Defendant, Emilio T. Gonzalez, is the Director of the USCIS, an agency within DHS, and this action is brought against him in his official capacity. Defendant Gonzalez is generally charged with the overall administration of immigration benefits and services, including I-485 immigrant petitions.

**JURISDICTION**

5.     Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.* Relief is requested pursuant to said statutes. Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

**VENUE**

6.     Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

7.     This lawsuit should be assigned to the San Jose Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara County.

**EXHAUSTION OF REMEDIES**

8.     Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS with documents that clearly establish his eligibility to register as a permanent resident, and as will be

Case No.                                     2
Complaint

1  demonstrated by the evidence, has followed up with numerous inquiries and requests to the

2  pertinent administrative agencies attempting to expedite his delayed application.

3                                    **CAUSE OF ACTION**

4  9.     Plaintiff, Volf M. Pokras, a native and citizen of Uzbekistan, entered the United States as

5  a refugee pursuant to Section 209 of the INA on June 25, 2002 **(EXHIBIT 1).**

6  10.    Plaintiff properly filed an I-485, *Application to Register Permanent Residence or Adjust*

7  *Status* with the USCIS. The application, all supporting documentation, and the filing fee were

8  received by the Nebraska Service Center ("NSC") on September 18, 2003 **(EXHIBIT 2)**.

9  11.    On May 6, 2004, Plaintiff submitted his fingerprints at the San Jose USCIS Application

10  Support Center **(EXHIBIT 3).**

11  12.    On May 14, 2005, Plaintiff again submitted his fingerprints at the San Jose USCIS

12  Application Support Center **(EXHIBIT 4)**.

13  13.    On August 4, 2005, Plaintiff again appeared at the USCIS San Jose Application Support

14  Center to submit his fingerprints **(EXHIBIT 5).**

15  14.    On August 18, 2006, Plaintiff wrote a letter to the USCIS to request assistance with his

16  delayed I-485 application. In a response letter dated September 11, 2006, the Acting Director of

17  the USCIS NSC, Gerard Heinauer, responded and explained to Plaintiff that his I-485 application

18  was still pending due to the FBI Name Check **(EXHIBIT 6).**

19  15.    On October 30, 2006, Plaintiff contacted Congresswoman Lofgren, requesting assistance

20  with his delayed I-485 application. In a response letter dated January 19, 2007, Plaintiff was

21  informed that his I-485 application was still pending the FBI Name Check **(EXHIBIT 7).**

22  16.    On January 19, 2007, Plaintiff again appeared before the USCIS San Jose Application

23  Support Center to submit his fingerprints **(EXHIBIT 8).**

24  17.    On April 23, 2007, Plaintiff wrote another letter to the USCIS to request assistance with

25  his delayed I-485 application. Plaintiff has yet to receive a response **(EXHIBIT 9).**

26  18.    On September 5, 2006, Plaintiff appeared before the USCIS San Jose Sub-office for an

27  Infopass Appointment. Plaintiff was told that his I-485 application was pending due to the FBI

28  Name Check **(EXHIBIT 10).**

Case No.                                      3
Complaint

19.     Plaintiff again contacted Congresswoman Lofgren, regarding his stalled I-485 application. On September 12, 2007, Congresswoman Lofgren responded and explained that his I-485 application was still pending the FBI Name Check (**EXHIBIT 11**).

20.     Although the role of Defendants is pivotal to the security of the United States of America, the Defendants' actions have gone well beyond the expected 12 months processing time for the adjudication of a refugee-based I-485 Application (See California Service Center processing dates for I-485 cases posted October 15, 2007 at **EXHIBIT 12**).

21.     At the time of Plaintiff's I-485 filing, the USCIS indicated that it would take 570 to 600 days for the USCIS to process his case (**EXHIBIT 2**). It has been over 1492 days (4 years) since Plaintiff filed his I-485 application with the USCIS on September 18, 2003.

22.     Defendants have failed to adhere to their own processing times and procedures.

23.     Plaintiff has submitted sufficient information to the USCIS for it to complete adjudication of his I-485 application.

24.     The Defendants have contracted out the name check for Plaintiff's case to the Federal Bureau of Investigation.

25.     But for the pending name check, Plaintiff would receive approval for his I-485 application.

26.     Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with their duties under the law.  Specifically:

> (a) Plaintiff has been unable to obtain legal permanent residence and thus cannot travel or work without restriction.  He must spend additional time and pay additional filing fees each year in order to work and travel legally.

> (b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of the United States, thus delaying his obtainment of the rights and privileges enjoyed by citizens of the United States.

> (c) Plaintiff must wait to make major life decisions until his legal permanent residence petition is resolved, thus causing him undue stress and anxiety.

27.     Defendants, in violation of 28 U.S.C § 1361, have failed to complete the processing of

1    Plaintiff's I-485, a duty delegated to them by law.

2    28.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

3    unlawfully withholding action on Plaintiff's application, and have unreasonably delayed action

4    on Plaintiff's case.

5    29.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

6    unlawfully delaying action on Plaintiff's application and have failed to complete the adjudicative

7    functions delegated to them by law within a reasonable time.

8                                        **PRAYER**

9    30.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

10    respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

11    the Court enter an order:

12            (a) requiring the USCIS to complete adjudication of Plaintiff's I-485 Application within

13                60 days of receiving the Court's Order;

14            (c) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

15            (d) granting such other relief at law and in equity as justice may require.

16

17    Dated: November 6, 2007                          Respectfully Submitted,

18

19

20                                                     Justin Fok, CA Bar No. 242272
                                                       Attorney for Plaintiff

21

22

23

24

25

26

27

28

Case No.                              5
Complaint

1

**EXHIBIT LIST**

2

3    Exhibit 1:    Plaintiff's I-94 Departure Record

4

5    Exhibit 2:    Plaintiff's I-485 Receipt Notice dated September 18, 2003

6

7    Exhibit 3:    Plaintiff's fingerprint appointment dated May 6, 2004

8

9    Exhibit 4:    Plaintiff's fingerprint appointment dated May 14, 2005

10

11    Exhibit 5:    Plaintiff's fingerprint appointment dated August 4, 2005

12

13    Exhibit 6:    Correspondence between Plaintiff and the Director of the USCIS, Gerard

14    Heinauer

15

16    Exhibit 7:    Correspondence between Plaintiff and Congresswoman Lofgren

17

18    Exhibit 8:    Plaintiff's fingerprint notice dated January 19, 2007

19

20    Exhibit 9:    Plaintiff's inquiry letter to USCIS dated April 23, 2007.

21

22    Exhibit 10:    Plaintiff's Infopass appointment dated September 5, 2006

23

24    Exhibit 11:    Congresswoman's response to Plaintiff's inquiry dated September 12, 2007

25

26    Exhibit 12:    I-485 Processing Dates posted October 15, 2007 from the Nebraska Service

27    Center.

28

Case No.                          6
Complaint

# Exhibit 1



Departure Number

51626916 09

A 1 7996 9527

Immigration and
Naturalization Service

I-94
Departure Record

ADMITTED AS A REFUGEE
PURSUANT TO SECTION 207 OF
THE INA FOR AN INDEFINITE
PERIOD OF TIME. IF YOU DEPART
THE U.S. YOU WILL NEED PRIOR
PERMISSION FROM INS TO
RETURN.
EMPLOYMENT AUTHORIZED.

NYC    DATE    IMM.OFF.

NYC 2223    JUN 2 5 2002

16. Birth Date (Day/Mo/Yr)

4. Family Name
POKRAS

5. First (Given) Name
VOL'F MOISEYEVICH

7. Country of Citizenship
UZBEKISTAN

# Exhibit 2

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|---|
| LIN-03-274-51538 | | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A79 969 527 |
| September 18, 2003 | | POKRAS, VOLF M. | |
| NOTICE DATE | PAGE | | |
| September 23, 2003 | 1 of 1 | | |

| | |
|---|---|
| VOLF M. POKRAS<br><br>SAN JOSE CA 95120 | **Notice Type:** Receipt Notice<br><br>Amount received: $  50.00<br><br>Section: Other basis for adjustment |

The above application or petition has been received. It usually takes 570 to 600 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at **www.ins.gov**. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 09/07/93) N

**Exhibit 3**

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _PORRAS_____ _Volf_____ _____ _____
         Last                    First              Middle           Suffix

DATE OF BIRTH: ▆▆▆▆▆ | ▆▆▆▆ | ▆▆▆   PHONE #: _(408)_ ▆▆▆▆▆▆▆
                Year     Month  Day

PLACE OF BIRTH: _UKRAINA_____   SEX: (Male or Female)_M___

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native    ____ Black    _X_ White (Hispanic also check)

____ Asian or Pacific Island    ____ Unknown

HEIGHT: _5_ Feet _03_ Inches              WEIGHT: _185_ Pounds

EYE COLOR: Check the most appropriate code below:

__ Black _✓_Brown ____Green ____Gray ____ Pink ___Hazel ___Blue _____Maroon

HAIR COLOR: Check the most appropriate code below:

__ Black ____Bald ____White ____Sandy ___ Red _✓_Gray ___Blonde _____Brown

COUNTRY OF CITIZENSHIP: _Uzbekistan_____

SOCIAL SECURITY NUMBER: _▆▆▆▆_ -- _▆▆▆_ -- _▆▆▆▆_

ALIEN REGISTRATION NUMBER: A _79969527_____

LIST ANY OTHER NAMES YOU HAVE USED:

_____ _N/A_____ _____ _____
   Last          First        Middle        Suffix

RESIDENCE ADDRESS (List mailing address if different from resident):

_▆▆▆▆▆▆▆▆▆▆▆▆▆_ _____ _San Jose_ _CA_ _95120_
Street number and name   Apartment #   City   State   Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _____

| LOCAL AIW STAMP | |
|---|---|
| FD-258 Completed at ASC | XTF/SANJOSE |
| On: MAY 0 6 2004 By: | ▆▆▆▆▆▆ |
| QC Check Completed By: | 158089 |

**Exhibit 4**

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

---

## Fingerprint Notification

| | NOTICE DATE |
| --- | --- |
| | 04/28/2005 |

| CASE TYPE | | |
| --- | --- | --- |
| I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# |
| | | A079969527 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
| --- | --- | --- | --- |
| LIN0327451538 | 2 | NSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

VOLF POKRAS

SAN JOSE, CA 95120

ASC SITE CODE / XTE
BIOMETRICS CA REVIEW BY:
ON MAY 1 4 2005
TENPRINTS CA REVIEW BY:
N/A ON N/A

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| USCIS SAN JOSE | 05/14/2005 |
| 122 CHARCOT AVE. | 8:00 AM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN JOSE

122 CHARCOT AVE.

SAN JOSE, CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.

| APPLICATION NUMBER | APPLICANT COPY |
| --- | --- |
| LIN0327451538 | |

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will
interfere with fingerprinting.*

Form I-797C (Rev. 08/31/04) N

# Exhibit 5



THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | NOTICE DATE |
|---|---|
| | 07/14/2005 |

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | | A079969527 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| LIN0327451538 | 1 | NSC | 1 of 1 |

VOLF POKRAS

SAN JOSE, CA 95120

AUG 0 4 2005

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE | 08/04/2005 |
| 122 CHARCOT AVE. | 11:00 AM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon    ☐ Saturday afternoon

U.S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

| APPLICATION NUMBER 1 | |
|---|---|
| I485 | LIN0327451538 |

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 08/31/04) N

# Exhibit 6

Dear Director,

I am writing this letter with the hope. The hope that was very strong 3 years ago, but it is getting weaker ever after. I still do trust in our system and do believe that this letter will not stay unanswered.

The reason that pushed me to write this letter is frustration and inability to get any information on my case. My application I485 to adjust status to permanent resident was received by USCIS in September of 2003. The case was moving for a while and I was asked to have fingerprints and biometrics taken at the local USCIS office, but since the summer of 2005 there was no news whatsoever. All other members of our family, who has applied with me at the same time, have received the Green cards already long time ago. I was checking my mail box every day as well, but unsuccessfully. When the processing time went beyond 1000 days, I became anxious and tried to contact a USCIS customer service by phone.

The first call was made on April 18, 2006. The request of the case status was initiated and I have been told to wait 30 days for respond. Needless to say that nothing came, I have called a second time on May 23-d, 2006 – the same story, no information. When I asked for supervisor, I was connected to Information Officer who promised to me to make sure that we would get the case status update in 30-45 days. I waited for 75 days instead and … nothing. The third call was made recently, on August 8, 2006, and to my surprise I have been told that a computer did not give any information due to 30 days waiting period??? And surprise did not stop there – during the last call on August 15, 2006 it was said that the respond was sent to me on April 20-th this year. That is very hard to believe due to even we could assume it was lost in the mail, none of the previous USCIS customer service representatives have seen it in the database.

Taking all above in consideration, I have no choice, but to ask for your help. I have no one else to ask. Please help to find out the status of my application and why it is taking so long to get a respond through dedicated for that purpose USCIS customer service. Your help is greatly appreciated.

For you reference, I am including my information below.

Case type: I485
Application received by USCIS in September 2003
Current status: refugee
LIN 032-745-1538
USCIS A# A079969527
Code 1
Applicant's name: VOLF POKRAS

Thank you in advance,

VOLF POKRAS
August 18, 2006



U.S Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S Citizenship
and Immigration
Services**

September 11, 2006

LIN0327451538

VOLF POKRAS

SAN JOSE CA 95120

Dear Sir or Madam:

This acknowledges your correspondence received by this office on 08/21/06.

The processing of your I-485 petition has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

We are sorry for any inconvenience this may cause.

Case status inquiry can be obtained by calling the toll free National Customer Service Center at 1-800-375-5283 or by accessing the USCIS homepage at www.uscis.gov and clicking on case status online.

Sincerely,

F. Gerard Heinauer
Acting Director
NSC/EX129/smy

**Exhibit 7**

Volf Pokras
1168 Fox Meadow Ct.
San Jose, CA 95120

October 30, 2006

Hon. Zoe Lofgren
635 North First Street, Suite B
San Jose, CA 95112

> Re:   Adjustment of Status application of Volf Pokras, A 79 969 527
>         US CIS receipt No. LIN 03 274 51538

Dear Congresswoman Lofgren:

This letter is a request that your office resolve the problem I encountered with the US Citizenship
and Immigration Services, Nebraska Service Center.

I filed my application for adjustment of status with the Nebraska Service Center on September
23, 2003. Since then I had my fingerprints taken three times, on 05/06/04, 05/14/05 and
08/04/05. (Copies of the notices are attached hereto.) However, there was no action taken on my
case ever since. My wife's and children's applications for adjustment of status were approved a
long time ago.

I have made several inquiries to the Nebraska Service Center. Every time I called I received
very confusing and misleading information. First, I was told to wait for 30 days for a response,
which was never received. My second call to the customer service was futile. I received no
information, except that I have to wait for another 30 days. After waiting for another 75 days I
called the US CIS for the third time and was told that 30-day period had not passed yet, therefore
no information was available in the system. When I called the Service for the fourth time the
officer informed me that the response was mailed to me on August 20, 2006.  As of today, I have
not received that response.

On August 18, 2006 I sent a letter to the Nebraska Service Center inquiring about the status of
my application. Shortly thereafter I went to the local US CIS office in San Jose, CA together
with my attorney. There we were told that there was no action taken whatsoever since my last
biometrics appointment on 08/04/05. There was no indication of any of the inquiries I made.

My attorney contacted the individual case liaison committee through American Immigration
Lawyers Association. She was told that it usually takes 5 weeks. However, more than six weeks
have passed, and there was no response from Nebraska Service Center to her inquiry.

In September 2006, I received a letter from the Nebraska Service Center, dated 09/11/06 (copy is
attached) informing me that the case cannot be completed because the investigation into my
background remains open. I think that a period of more that three years that CIS had is long
enough to complete any investigation.

By this letter I respectfully request that your office assist me to resolve the problem with the Nebraska Service Center in adjudicating my application for adjustment of status. I authorize your office to obtain any information pertaining to my immigration file.

Thank you for your time and consideration.


Sincerely,



Volf Pokras

**ZOE LOFGREN**
16TH DISTRICT, CALIFORNIA

* **COMMITTEE ON THE JUDICIARY**
  SUBCOMMITTEE ON COURTS, THE INTERNET,
  AND INTELLECTUAL PROPERTY
  SUBCOMMITTEE ON IMMIGRATION,
  BORDER SECURITY, AND CLAIMS

* **COMMITTEE ON HOMELAND SECURITY**
  SUBCOMMITTEE ON INTELLIGENCE, INFORMATION
  SHARING, AND TERRORISM
  RISK ASSESSMENT, RANKING MEMBER
  SUBCOMMITTEE ON ECONOMIC SECURITY,
  INFRASTRUCTURE PROTECTION, AND CYBERSECURITY
  SUBCOMMITTEE ON MANAGEMENT, INTEGRATION,
  AND OVERSIGHT

* **COMMITTEE ON HOUSE ADMINISTRATION**

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0516

PLEASE RESPOND TO:

☐ 102 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3072
(202) 225-3336 (FAX)

☒ 635 NORTH FIRST STREET
SUITE B
SAN JOSE, CA 95112
(408) 271-8700
(408) 271-8713 (FAX)

☐ zoe.lofgren@mail.house.gov
www.house.gov/lofgren

January 19, 2007

Mr. Volf Pokras

~~████████████~~

San Jose, CA 95120

Dear Mr. Pokras:

Recently, I received a reply from the United States Citizenship and Immigration Services (USCIS) and the Federal Bureau of Investigation (FBI) in response to our inquiry on your behalf concerning your I-485, Application to Adjust Status to Legal Permanent Resident Status.

According to the USCIS, your case is pending based upon the results of the mandatory FBI name check.

According to the FBI, a review of its Name Check Program database revealed that a request was received from the United States Citizenship and Immigration Services on 10/03/2003, and is currently in a pending status.

The FBI noted that it processes millions of name check requests each year with each requiring thoughtful consideration. The FBI explained that it knows how important this information must be to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that its name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

Please do not hesitate to call JoAnn Yamani, who has been assisting me with your case, if you find the information from the USCIS or FBI is unclear. She can be reached at (408) 271-8700.

I am pleased that my office was able to make this inquiry on your behalf. Please do not hesitate to contact me again should you need assistance in the future on any other federal matter.

Sincerely,

Zoe Lofgren
Member of Congress

ZL:jy

# Exhibit 8

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | |
|---|---|---|
| | **APPLICATION NUMBER** LIN0327451538 | **NOTICE DATE** 1/3/2007 |

| **CASE TYPE** I485 Application to Register Permanent Resident or Adjust Status | **SOCIAL SECURITY NUMBER** | **USCIS A#** A079969527 | **CODE** 1 |
|---|---|---|---|
| | **TCR** | **SERVICE CENTER** NSC | **PAGE** 1 of 1 |

VOLF M POKRAS
SAN JOSE, CA 95120

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:   XTE/SANJOSE
BIOMETRICS CA REVIEW BY

ON
TENPRINTS CA REVIEW BY

ON   JAN 1 9 2007

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
|---|---|
| USCIS SAN JOSE 122 CHARCOT AVE. SAN JOSE, CA 95131 | **DATE AND TIME OF APPOINTMENT** 01/19/2007 9:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE**, and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

U.S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

**APPLICATION NUMBER I**
I485   - LIN0327451538

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# Exhibit 9

Dear director,

It has been another 6 months since I have not heard or received anything from USCIS regarding my I485 application. The only fingerprints were taken again.

In your reply to my previous letter (both attached) you advised me to wait for 6 months before contacting Customer service – so I did. I just called Customer service and was told that there was no news on my case. Considering the fact that the case processing time went beyond 1300 days, I need to ask for your help again. Please help to find out why my petition takes so long to process.

Thank you in advance,

VOLF POKRAS
April 23, 2007

P.S. For your reference, I am including my case information below.

Case type: I485
LIN 032-745-1538
Current status: refugee
USCIS A# A079969527
Applicant's name: VOLF POKRAS
Application received by USCIS in September 2003
Code 1

# Exhibit 10



**Name:** **Volf M Pokras**

**Appointment Question about case
Type:**

**Confirmation SNJ-06-26354
No.:**

**Authentication 177dc
Code:**

**Appointment September 5, 2006
Date:**

**Appointment 11:00
Time: AM**

**Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

## This is your Confirmation Number:



## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 03402

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**Exhibit 11**

COMMITTEE ON THE JUDICIARY
- CHAIR — SUBCOMMITTEE ON IMMIGRATION, CITIZENSHIP, REFUGEES, BORDER SECURITY, AND INTERNATIONAL LAW
- SUBCOMMITTEE ON COURTS, THE INTERNET, AND INTELLECTUAL PROPERTY
- SUBCOMMITTEE ON COMMERCIAL AND ADMINISTRATIVE LAW

COMMITTEE ON HOMELAND SECURITY
- SUBCOMMITTEE ON BORDER, MARITIME AND GLOBAL COUNTERTERRORISM
- SUBCOMMITTEE ON EMERGING THREATS, CYBERSECURITY, AND SCIENCE AND TECHNOLOGY

COMMITTEE ON HOUSE ADMINISTRATION
- CHAIR — SUBCOMMITTEE ON ELECTIONS

CHAIR, CALIFORNIA DEMOCRATIC CONGRESSIONAL DELEGATION

# Congress of the United States

## House of Representatives

### Washington, DC 20515–0516

**ZOE LOFGREN**

16TH DISTRICT, CALIFORNIA

635 NORTH FIRST STREET
SUITE B
SAN JOSE, CA 95112
(408) 271-8700
(408) 271-8713 (Fax)

102 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3072
(202) 225-3336 (Fax)

www.house.gov/lofgren

CO-CHAIR, CONGRESSIONAL HAZARDS CAUCUS

CO-CHAIR, BIPARTISAN CONGRESSIONAL REFUGEE CAUCUS

CO-CHAIR, CONGRESSIONAL VIETNAM CAUCUS

September 12, 2007

Mr. Volf Pokras

San Jose, CA 95120

Dear Mr. Pokras:

Thank you for your recent letter regarding your pending Adjustment of Status application.

Recently, I received a reply from the Nebraska Service Center (NSC) to my inquiry on your application. NSC advised that it remains pending until the FBI name check clearance is completed. They realize your frustration by the progress of the case, but the agency "must balance individual inconvenience against broader issues of public safety and national security."

While an exact date for completion of the review cannot be given be assured that the results will be made available to the United States Citizenship and Immigration Services (USCIS) as soon as possible.

Should you have any further questions, please do not hesitate to contact Dolores Jufiar of my staff assisting me with you case at (408) 271-8700.

Sincerely,

Zoe Lofgren
Member of Congress

ZL:dj

*Answer to my letter from August 30.*

**Exhibit 12**



Home   Contact Us   Site Map   FAQ

Search                    
Advanced Search

Services & Benefits      Immigration Forms      Laws & Regulations      About USCIS      Education & Resources      Press Room

Print This Page      Back

## U.S. Citizenship and Immigration Services
## Nebraska Service Center Processing Dates
## Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet

received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|----------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | December 27, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | 6 Months |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | May 07, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | May 07, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | July 02, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | January 14, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | July 02, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | January 26, 2007 |

| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | January 10, 2007 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | December 04, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | October 30, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | February 06, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | November 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 19, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | November 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | November 09, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | April 15, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 09, 2007 |

| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | February 28, 2007 |
|---|---|---|---|
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | September 01, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 03, 2007 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | July 02, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | July 27, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | January 18, 2007 |

Print This Page | Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security