1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Mehul Shah
7

FILED

E-FILING

ORIGINAL

2007 NOV 15 P 4: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10
   **Volf M. Pokras**                        )  Case No.
11                                            )
12              Plaintiff,                    )
                                              )
13        v.                                  )
                                              )  **C07   05814   HRL**
14                                            )
   **Michael Chertoff**, Secretary of the     )
15 Department of Homeland Security;           )
   **Emilio T. Gonzalez**, Director of United States )  **CERTIFICATION OF INTERESTED**
16 Citizenship and Immigration Services;      )  **ENTITIES OR PERSONS**
                                              )
17                                            )
                                              )  **Immigration Case**
18              Defendants                    )
                                              )
19                                            )
                                              )
20                                            )
                                              )
21 _____)

22

23        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

24 named parties, there is no such interest to report.

25 ///

26 ///

27 ///

28 ///

Case No.                                    1
Certification of Interested Entities or Persons

1  Dated: 11/6/07

2

3                                          Respectfully Submitted,

4                                          Justin Fok, CSBN: 242272
                                           Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.
Certification of Interested Entities or Persons                    2