# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Volf M. Pokras

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;

C07 05814 HRL

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV 1 5 2007

DATE_____

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Volf M. Pokras

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;

**C07 05814 HRL**

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV 1 5 2007
DATE_____

_____
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/19/2007 |
| Name of SERVER DE ZHANG | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

        Certified mail with return receipts

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $ 34.97 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/19/2007
                Date

Signature of Server

*Law Offices of Jean D. Chen*
*2107 N. First St., Suite 400*
*San Jose, California 95131*

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure





7007 1490 0000 9946 0752

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

WASHINGTON DC 20528
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.16 | 0002 Pokras, Volf M. |
| Certified Fee | $2.65 | 19 #1221 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.96 | 11/19/2007 |

Sent To: Michael Chertoff, Secretary of the Department of Homeland Security

Street, Apt. No.; or PO Box No.: U.S. Department of Homeland Security

City, State, ZIP+4: Washington, DC 20528

PS Form 3800, August 2006 — See Reverse for Instructions

7007 1490 0000 9946 0615

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.16 | 0002 Pokras, Volf M. |
| Certified Fee | $2.65 | 19 #1221 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | NOV |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | 15 |
| Total Postage & Fees | $ $6.96 | 11/19/2007 |

Sent To: Michael B. Mukasey, United States Attorney General

Street, Apt. No., or PO Box No.: U.S. Department of Justice

City, State, ZIP+4: 950 Pennsylvania Avenue, NW, Washington, DC 20530-[illegible]

PS Form 3800, August 2006 — See Reverse for Instructions

7007 1490 0000 9946 0776

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

WASHINGTON DC 20528
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.16 | 0002 Pokras, Volf M. |
| Certified Fee | $2.65 | 19 #1221 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.96 | 11/19/2007 |

Sent To: Office of the General Counsel

Street, Apt. No.; or PO Box No.: U.S. Department of Homeland Security

City, State, ZIP+4: Washington, DC 20528

PS Form 3800, August 2006 — See Reverse for Instructions

7007 1490 0000 9946 0745

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

WASHINGTON DC 20536
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.16 | 0002 Pokras, Volf M. |
| Certified Fee | $2.65 | #1221 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.96 | 11/19/2007 |

Sent To: Emilio T. Gonzalez, Director

Street, Apt. No.; or PO Box No.: U.S. Citizenship & Immigration Services

City, State, ZIP+4: 425 I Street, NW, Washington, DC 20536-[illegible]

PS Form 3800, August 2006 — See Reverse for Instructions

7007 1490 0000 9946 0769

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

SAN FRANCISCO CA 94102
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.33 | 0002 Pokras, Volf M. |
| Certified Fee | $2.65 | #1221 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | SAN JOSE NOV 15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $7.13 | 11/19/2007 |

Sent To: Attn: Civil Process Clerk, United States Attorney's Office

Street, Apt. No.; or PO Box No.: 450 Golden Gate Avenue

City, State, ZIP+4: 11th Floor, San Francisco, CA 94102

PS Form 3800, August 2006 — See Reverse for Instructions

# CERTIFCATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 400, San Jose CA, 95131

On 11/16/2007 I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;**
3) **Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Re: Initial Case Management and Discovery Disputes; Consent to Proceed before a United States Magistrate Judge; Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge; Contents of Joint Case Management Statement; Standing Order Regarding Case Management in Civil Cases.**

on the persons or entities named below, for the case Pokras v. Chertoff et al. (C07-05814 HRL), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Peter D. Keisler (By certified mail with return receipt)
Acting United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

Proof of Service: C07-05814 HRL            1
Pokras v. Chertoff et al.

1  Civil Process Clerk (By certified mail with return receipt)
2  United States Attorney's Office
   450 Golden Gate Avenue
3  11th Floor
   San Francisco, CA 94102
4

5  Office of the General Counsel (By certified mail with return receipt)
   U.S. Department of Homeland Security
6  Washington, DC 20528

7

8

9

10 Date of mailing: 11/16/2007  Place of mailing: San Jose, California.

11 I declare under penalty of perjury under the laws of the United States of America that the

12 forgoing is true and correct.

13

14

15 Executed this on 11/16/2007 at San Jose, California

16

17                                                       _____
                                                         DE ZHANG
18

19

20

21

22

23

24

25

26

27

28

Proof of Service: C07-05814 HRL         2
Pokras v. Chertoff et al.