1 | Justin Fok, Esq., CSBN: 242272
2 | Law Offices of Jean D. Chen
3 | 2107 N. First Street, Suite 400
  | San Jose, CA 95131
4 | Telephone: (408) 437-1788
  | Facsimile:  (408) 437-9788
5 | Email: jfok@jclawoffice.com

6 | Attorney for Plaintiff
  | Mehul Shah

ORIGINAL FILED
07 NOV 15  PM 4:03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR
E-FILING
FILE COPY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Volf M. Pokras** | ) Case No. |
| | ) |
| Plaintiff, | ) **C07 05814 HRL** |
| | ) |
| v. | ) |
| | ) |
| **Michael Chertoff**, Secretary of the | ) |
| Department of Homeland Security; | ) **CERTIFICATION OF INTERESTED** |
| **Emilio T. Gonzalez**, Director of United States | ) **ENTITIES OR PERSONS** |
| Citizenship and Immigration Services; | ) |
| | ) |
| | ) **Immigration Case** |
| Defendants | ) |
| | ) |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///
///
///
///

Case No.                                    1
Certification of Interested Entities or Persons

1 | Dated: 11/6/07

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiff