1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
    VOLF M. POKRAS,                    )      No. C 07-5814 HRL
12                                     )
                 Plaintiff,            )
13                                     )
              v.                       )
14                                     )      ANSWER TO COMPLAINT
    MICHAEL CHERTOFF, Secretary of the )
15  Department of Homeland Security; EMILIO )
    T. GONZALEZ, Director of the United )
16  States Citizenship and Immigration )
    Services,                          )
17                                     )
                 Defendants.           )
18  _____ )

19          Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of

20  Mandamus and Declaratory Judgment under 28 U.S.C. § 1361.

21          1. Paragraph One consists of Plaintiff's characterization of the action to which no answer

22  is necessary; however, to the extent a response, is required, Defendants deny the allegations in

23  Paragraph One.

24                                **PARTIES**

25          2. Defendants admit the allegations in Paragraph Two.

26          3. Defendants deny the allegations in Paragraph Three.

27          4. Defendants admit the allegations in Paragraph Four.

28  ///

ANSWER
C 07-5814 HRL

### JURISDICTION

5.  Paragraph Five consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Seven.

### VENUE

6.  Paragraph Six consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.  To the extent a response is required, Defendants deny that an alien may base venue upon his residence.

### INTRADISTRICT ASSIGNMENT

7.  Defendants admit the allegations in Paragraph Seven.

### EXHAUSTION OF REMEDIES

8.  Defendants deny the allegations in Paragraph Eight.

### CAUSE OF ACTION

9.  Defendants admit the allegations in Paragraph Eleven.

10.  Defendants admit the allegations in Paragraph Ten.

11.  Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13.  Defendants admit the allegations in Paragraph Thirteen.

14.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen, and on that basis, deny them.

15.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen, and on that basis, deny them.

16.  Defendants admit the allegations in Paragraph Sixteen.

17.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Seventeen, and on that basis, deny them.

18.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen, and on that basis, deny them.

ANSWER
C 07-5814 HRL                             2

19.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen, and on that basis, deny them.

20.  Defendants admit the allegations in Paragraph Twenty; however, Defendants aver that all public information regarding case processing times refers to cases within the control USCIS, not cases with pending FBI name checks.

21.  Defendants admit the allegations in Paragraph Twenty-One.

22.  Defendants deny the allegations in Paragraph Twenty-Two.

23.  Defendants deny the allegations in Paragraph Twenty-Three.

24.  Defendants admit the allegations in Paragraph Twenty-Four.

25.  Defendants deny the allegations in Paragraph Twenty-Five.

26.  Defendants deny the first sentence in Paragraph Twenty-Six, and admit the second, third, and fourth sentences.  Defendants are without sufficient information to admit or deny the fifth sentence in Paragraph Twenty-Six, and on that basis, deny it.

27.  Defendants deny the allegations in Paragraph Twenty-Seven.

28.  Defendants deny the allegations in Paragraph Twenty-Eight.

29.  Defendants deny the allegations in Paragraph Twenty-Nine.

**PRAYER FOR RELIEF**

30.  Paragraph Thirty consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

**AFFIRMATIVE AND/OR OTHER DEFENSES**

All allegations not here before specifically admitted, denied, or modified are hereby denied. For further and separate answer, Defendants allege as follows:

FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

///

### THIRD DEFENSE

No acts or omissions by the United Stats or its employees were the proximate cause of any injury or damages to the Plaintiff.

### FOURTH DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

### FIFTH DEFENSE

The Defendants are processing the application referred to in the Complaint to the extent possible at this time.  Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: January 18, 2008                                   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C 07-5814 HRL                              4