1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12   VOLF M. POKRAS,                 )       No. C 07-5814 HRL
                                     )
13              Plaintiff,           )
                                     )
14         v.                        )
                                     )       STIPULATION TO EXTEND DATES;
15   MICHAEL CHERTOFF, Secretary of the )    PROPOSED ORDER
     Department of Homeland Security; EMILIO )
16   T. GONZALEZ, Director of the United )
     States Citizenship and Immigration )
17   Services,                       )
                                     )
18              Defendants.          )
     _____ )

19       The Plaintiff, by and through his attorney of record, and Defendants, by and through their

20   attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case

21   management conference, which is currently scheduled for March 4, 2008, in light of the following:

22       1. The Plaintiff filed an action on November 15, 2007, asking this Court to direct the United

23   States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application.

24       2. On February 4, 2008, USCIS revised its policy regarding delayed I-485 applications. The

25   attached memo states that where the application is otherwise approvable and the Federal Bureau of

26   Investigation name check request has been pending more than 180 days, the application shall be

27   approved.

28   ///

STIPULATION TO EXTEND DATES
C 07-5814 HRL

3. Therefore, in order to allow sufficient time for USCIS to review Plaintiff's case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file ADR certification:                                      May 6, 2008

Last day to file/serve Joint Case Management Statement:   May 20, 2008

Case Management Conference:                                       May 27, 2008 at 1:30 p.m.

Dated: February 11, 2008                    Respectfully submitted,

                                                          JOSEPH P. RUSSONIELLO
                                                          United States Attorney


                                                          _____/s/_____
                                                          MELANIE L. PROCTOR[1]
                                                          Assistant United States Attorney
                                                          Attorneys for Defendants

Dated: February 11, 2008

                                                          _____/s/_____
                                                          JUSTIN FOK
                                                          Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:                                               _____
                                                          HOWARD R. LLOYD
                                                          United States Magistrate Judge

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO EXTEND DATES
C 07-5814 HRL                                2



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC  20529

**U.S. Citizenship
and Immigration
Services**

FEB 4 - 2008

HQ 70/23 & 70/28.1

# Interoffice Memorandum

**TO:**       Field Leadership

**FROM:**     Michael Aytes
              Associate Director, Domestic Operations

**SUBJECT:**  Revised National Security Adjudication and Reporting Requirements

## Background

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits.  This is done both to enhance national security and to ensure the integrity of the immigration process.  USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types.  This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE).  The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed.  *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i).  In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations.  In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident.  *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director