JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOLF M. POKRAS, ) | No. C 07-5814 HRL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT TO PROCEED BEFORE A** |
| MICHAEL CHERTOFF, Secretary of the ) | **UNITED STATES MAGISTRATE JUDGE** |
| Department of Homeland Security; EMILIO ) | |
| T. GONZALEZ, Director of the United ) | |
| States Citizenship and Immigration ) | |
| Services, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

///

///

///

///

///

///

///

///

///

///

CONSENT
C 07-5814 HRL

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 11, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            _____/s/_____
                                            MELANIE L. PROCTOR[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Dated: February 11, 2008

                                            _____/s/_____
                                            JUSTIN FOK
                                            Attorney for Plaintiff

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

CONSENT
C 07-5814 HRL                    2