JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)         ***E-FILED 2/13/2008*** 
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VOLF M. POKRAS, | ) | No. C 07-5814 HRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO EXTEND DATES; |
| MICHAEL CHERTOFF, Secretary of the | ) | XXXXXXXX ORDER |
| Department of Homeland Security; EMILIO | ) | (PROPOSED) |
| T. GONZALEZ, Director of the United | ) | |
| States Citizenship and Immigration | ) | |
| Services, | ) | |
| | ) | |
| Defendants. | ) | |

   The Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, which is currently scheduled for March 4, 2008, in light of the following:

   1. The Plaintiff filed an action on November 15, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application.

   2. On February 4, 2008, USCIS revised its policy regarding delayed I-485 applications. The attached memo states that where the application is otherwise approvable and the Federal Bureau of Investigation name check request has been pending more than 180 days, the application shall be approved.

///

STIPULATION TO EXTEND DATES
C 07-5814 HRL

1    3. Therefore, in order to allow sufficient time for USCIS to review Plaintiff's case, the
2 parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as
3 follows:
4    Last day to file ADR certification:                May 6, 2008
5    Last day to file/serve Joint Case Management Statement:   May 20, 2008
6    Case Management Conference:                       May 27, 2008 at 1:30 p.m.
7 Dated: February 11, 2008                Respectfully submitted,
8                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
9
10                                              /s/
                                          MELANIE L. PROCTOR[1]
11                                        Assistant United States Attorney
                                          Attorneys for Defendants
12
   Dated: February 11, 2008
13                                              /s/
                                          JUSTIN FOK
14                                        Attorney for Plaintiff
15                        **ORDER**
16    Pursuant to stipulation, IT IS SO ORDERED.
17 Dated:   February 13, 2008             _____
                                          HOWARD R. LLOYD
18                                        United States Magistrate Judge

---

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO EXTEND DATES
C 07-5814 HRL                            2

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC 20529



**U.S. Citizenship and Immigration Services**

FEB 4 - 2008

HQ 70/23 & 70/28.1

## Interoffice Memorandum

**TO:** Field Leadership

**FROM:** Michael Aytes
Associate Director, Domestic Operations

**SUBJECT:** Revised National Security Adjudication and Reporting Requirements

**Background**

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits. This is done both to enhance national security and to ensure the integrity of the immigration process. USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types. This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE). The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed. *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i). In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations. In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident. *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director