JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)   **\*ORDER E-FILED 3/12/2008\***
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOLF M. POKRAS,   ) | No. C 07-5814 HRL |
|     ) | |
|     Plaintiff,   ) | |
|     ) | |
|     v.   ) | |
|     ) | STIPULATION TO DISMISS; [PROPOSED] |
| MICHAEL CHERTOFF, Secretary of the   ) | ORDER |
| Department of Homeland Security; EMILIO ) | |
| T. GONZALEZ, Director of the United   ) | |
| States Citizenship and Immigration   ) | |
| Services,   ) | |
|     ) | |
|     Defendants.   ) | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

///

///

///

///

///

///

STIPULATION TO DISMISS
C 07-5814 HRL

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: March 11, 2008                    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 |                    /s/
MELANIE L. PROCTOR[1]

6 | Assistant United States Attorney
Attorneys for Defendants

7 |
Dated: March 10, 2008

8 |                    /s/
JUSTIN FOK

9 | Attorney for Plaintiff

10 | **ORDER**

11 | Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby

12 | TERMINATED.  The Clerk shall close the file.

13 | Dated:  March 12, 2008

14 | HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-5814 HRL                                    2